**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMIAH WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, Warden,<br><br>        Respondent. | NO. CV 10-05444 GHK (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 9/23/10

                                                  GEORGE H. KING
                                                  UNITED STATES DISTRICT JUDGE